UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EUSIBEO CABRERA,

    Plaintiff,

-against-

BJ'S WHOLESALE CLUB,

    Defendant.

24-CV-4026 (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

  The Court held an initial conference this morning. Defendant appeared through counsel. Plaintiff failed to appear. Defendant advised the Court that it intends to move pursuant to Fed. R. Civ. P. to dismiss this action for failure to prosecute. Defendant must file that motion no later than **December 5, 2024**.

Dated: New York, New York
   November 14, 2024

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**